IN THE MATTER OF THE PROBATE OF THE ALLEGED WILL
OF CECILIA FURMAN, DECEASED.

November 21, 1986.

Cross-petition for certification denied.

VICTOR BARBITO v. JEFFORDS MARINE INC., AND THE
SECOND INJURY FUND.

November 21, 1986.

Petition for certification denied.

MICHAEL DOLIANITES, ET AL. v. MARC SONBOLIAN
AND THOMAS R. TINGHINO.

November 21, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN BEY.

November 21, 1986.

Petition for certification denied.